IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **WALTON GLOBAL HOLDINGS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DOUGLAS M. DONALD,**<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§  Civil Action No. 4:25-cv-00691-O<br>§<br>§<br>§<br>§<br>§ |

**JOINT STIPULATION TO MODIFY SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Walton Global Holdings, LLC and Defendant Douglas M. Donald (collectively, the "Parties"), by and through undersigned counsel, jointly stipulate and respectfully request a limited modification of the Court's Scheduling Order (Doc. 10), entered on September 17, 2025, as follows:

<u>The Parties wish to extend the pleadings deadline set forth in the Court's September 17, 2025 Scheduling Order</u>

1. The existing deadline for Pleadings Amendments was **November 17, 2025.** The Parties jointly request that the deadline for Amendment of Pleadings be extended to **January 20, 2026**.

2. Good cause exists for this limited extension. Since entry of the Scheduling Order, the Parties have been actively conferring and engaging in informal settlement discussions, both telephonically and in person. The parties have also informally exchanged pertinent information that should streamline needed discovery so as to preserve judicial resources and potentially resolve the dispute without the need for further motion practice. In light of these good-faith efforts, the Parties jointly request a brief extension of the deadline to allow those discussions to continue and, if necessary, to address any amendment issues in an efficient and orderly manner.

3. The requested extension is modest, sought in good faith, and will not prejudice any party or disrupt the Court's schedule.

4. This requested modification is narrow and will not affect any other deadline in the Scheduling Order, including discovery, expert disclosures, dispositive motions, or the trial setting.

5. Except as expressly modified herein, all provisions of the Scheduling Order remain in full force and effect.

WHEREFORE, the Parties respectfully request that the Court enter the accompanying proposed order.

Respectfully submitted,

| | |
|---|---|
| */s/ Karl G. Dial* (with permission) | *[signature: Theodore J. Messina III]* |
| Karl G. Dial | Theordore J. Messina, III |
| State Bar No. 05800400 | State Bar No. 24041475 |
| dialk@gtlaw.com | jmessina@messinalegal.com |
| GREENBERG TRAURIG LLP | THE MESSINA LAW FIRM, P.C. |
| 2200 Ross Ave., Suite 5200 | 5910 N. Central Expressway, Ste 1670 |
| Dallas, Texas 75201 | Dallas, Texas 75206 |
| Telephone: 214.665.3600 | Telephone: 214.550.7444 |
| Facsimile: 214.665.3601 | Facsimile: 214.206.9593 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

    The undersigned counsel hereby certifies that a true and correct copy of the foregoing document has been served upon all counsel of record via the CM/ECF electronic filing system on Monday, December 22, 2025.

                                                        Theodore J. Messina, III